# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.88.49.186,<br><br>        Defendant. | Case No.: 3:19-cv-02488-LAB-AHG<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of dismissal without prejudice. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: May 11, 2020        By: _[signature]_
                                        Hon. Larry A. Burns
                                        Chief United States District Judge